UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATINA HASLAM,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 16-cv-11793
Hon. Matthew F. Leitman

## **JUDGMENT**

For the reasons stated in the Order issued on this date, it is ORDERED and ADJUDGED that Plaintiff's Motion for Summary Judgment is GRANTED IN PART, Defendant's Motion for Summary Judgment is DENIED, and the case is REMANDED for further proceedings.

                        s/Matthew F. Leitman
                        MATTHEW F. LEITMAN
                        UNITED STATES DISTRICT JUDGE

Dated: March 15, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 15, 2017, by electronic means and/or ordinary mail.

                        s/Holly A. Monda
                        Case Manager
                        (313) 234-5113